**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHRISTINA TRUST, *et al.*, | |
| Plaintiffs, | 2:15-cv-01149-RFB-VCF |
| vs. | **ORDER** |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | |
| Defendants. | |

Before the court are the Christina Trust's Motion to Extend Discovery Deadlines (#35), Stipulation and Order to Continue the Deposition of Cornerstone Homeowners Association (#38), and Motion to Stay Discovery Pending a Ruling On Defendant Bank of America, N.A.'s Motion to Dismiss (#39).

IT IS HEREBY ORDERED that a hearing on Christina Trust's Motion to Extend Discovery Deadlines (#35), Stipulation and Order to Continue the Deposition of Cornerstone Homeowners Association (#38), and Motion to Stay Discovery Pending a Ruling On Defendant Bank of America, N.A.'s Motion to Dismiss (#39) is scheduled for 2:00 p.m., April 13, 2016, in courtroom 3D.

DATED this 17th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE