**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CHRISTINA TRUST, *et al.*,

        Plaintiffs,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

        Defendants.

2:15-cv-01149-RFB-VCF

**AMENDED ORDER**

      Before the court are the Christina Trust's Motion to Extend Discovery Deadlines (#35) and Motion to Stay Discovery Pending a Ruling On Defendant Bank of America, N.A.'s Motion to Dismiss (#39).

      IT IS HEREBY ORDERED that a hearing on Christina Trust's Motion to Extend Discovery Deadlines (#35) and Motion to Stay Discovery Pending a Ruling On Defendant Bank of America, N.A.'s Motion to Dismiss (#39) is scheduled for 2:00 p.m., April 13, 2016, in courtroom 3D.

      DATED this 17th day of March, 2016.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE