# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3,<br><br>              Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>              Defendants. | 2:15-cv-01149-RFB-VCF<br>**ORDER** |

Before the court is the Stipulation and Order to Continue the Dispositive Motion Deadline (#45).

IT IS HEREBY ORDERED that a hearing on the Stipulation and Order to Continue the Dispositive Motion Deadline (#45) is scheduled for 2:00 p.m., April 13, 2016, in courtroom 3D.

DATED this 7th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE