WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Plaintiff and Counter-Defendant,*
*Christiana Trust, A Division of Wilmington Savings Fund Society, Not in Its Individual Capacity But As Trustee of ARLP Trust 3*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; CORNERSTONE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF ARLAP TRUST 3; BANK OF AMERICA, N.A., a national | Case No.: 2:15-cv-01149-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CHRISTIANA TRUST TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING A PURE ISSUE OF LAW: APPLICATION OF THE RETURN DOCTRINE POST-BOURNE VALLEY**<br>**(First Request for this Deadline)** |

association; and ERIK BRYANT, an individual,

    Counter-Defendants/Cross-Defendants.

**IT IS HEREBY STIPULATED** between Plaintiff/Counter-Defendant, Christiana Trust, A Division of Wilmington Savings Fund Society, Not in Its Individual Capacity But As Trustee of ARLP Trust 3 (hereinafter "Christiana Trust"), and Defendant/Counter-Claimant, SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through their undersigned counsel, to extend the deadline for Christiana Trust to file a Response to SFR's Motion for Partial Summary Judgment Regarding a Pure Issue of Law: Application of the Return Doctrine Post-Bourne Valley [ECF No. 82] from January 19, 2017 to **February 2, 2017**.

This is the parties' first request for extension and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 10th day of January, 2017 | DATED this 10th day of January, 2017 |
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| */s/ Natalie C. Lehman*_____ | */s/ Diana Cline Ebron*_____ |
| Dana Jonathon Nitz, Esq. | Diana Cline Ebron, Esq. |
| Nevada Bar No. 0050 | NV Bar No. 10580 |
| Natalie C. Lehman, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 12995 | NV Bar No. 10593 |
| 7785 W. Sahara Ave, Suite 200 | Karen L. Hanks, Esq. |
| Las Vegas, NV 89117 | NV Bar No. 9578 |
| (702) 475-7964; Fax: (702) 946-1345 | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Plaintiff /Counter-Defendant, Christiana Trust, A Division of Wilmington Savings Fund Society, Not in Its Individual Capacity But As Trustee of ARLP Trust 3* | Las Vegas, NV 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

DATED this <u>11th</u> day of January, 2017

_____
RICHARD F. BOULWARE, II
United States District Court

1 | Respectfully submitted by:

2 | DATED this 10th day of January, 2017.

3

WRIGHT, FINLAY & ZAK, LLP

4

*/s/Natalie C. Lehman*_____
5 | Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
6 | Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7 | 7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
8 | (702) 475-7964; Fax: (702) 946-1345
9 | *Attorneys for Plaintiff and Counter-Defendant,
Christiana Trust, A Division of Wilmington*
10 | *Savings Fund Society, Not in Its Individual
Capacity But As Trustee of ARLP Trust 3*
11

12 | Case No.: 2:15-cv-01149-RFB-VCF