WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Plaintiff and Counter-Defendant,
Christiana Trust, A Division of Wilmington Savings Fund Society, Not in Its Individual Capacity But As Trustee of ARLP Trust 3*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; CORNERSTONE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC d/b/a Assessment Management Services, a Nevada limited-liability company,<br><br>Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF ARLAP TRUST 3; BANK OF AMERICA, N.A., a national | Case No.: 2:15-cv-01149-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CHRISTIANA TRUST TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING A PURE ISSUE OF LAW: APPLICATION OF THE RETURN DOCTRINE POST-BOURNE VALLEY**<br>**(Second Request for this Deadline)** |

1 | association; and ERIK BRYANT, an individual,
2 |     Counter-Defendants/Cross-Defendants.

3     **IT IS HEREBY STIPULATED** between Plaintiff/Counter-Defendant, Christiana Trust, A Division of Wilmington Savings Fund Society, Not in Its Individual Capacity But As Trustee of ARLP Trust 3 (hereinafter "Christiana Trust"), and Defendant/Counter-Claimant, SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through their undersigned counsel, to extend the deadline for Christiana Trust to file a Response to SFR's Motion for Partial Summary Judgment Regarding a Pure Issue of Law: Application of the Return Doctrine Post-Bourne Valley ("Motion") [ECF No. 82] from February 2, 2017 to **February 16, 2017**.

/ / /

/ / /

/ / /

Good cause exists to grant this extension as the undersigned counsel has had several cases come off of stay recently in light of the decision in <u>Bourne Valley</u>, which has temporarily increased counsel's workload. This is the parties' second request for extension and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of February, 2017          DATED this 2nd day of February, 2017

WRIGHT, FINLAY & ZAK, LLP                     KIM GILBERT EBRON

*/s/ Natalie C. Lehman*_____         */s/ Diana Cline Ebron*_ _____
Dana Jonathon Nitz, Esq.                       Diana Cline Ebron, Esq.
Nevada Bar No. 0050                            NV Bar No. 10580
Natalie C. Lehman, Esq.                        Jacqueline A. Gilbert, Esq.
Nevada Bar No. 12995                           NV Bar No. 10593
7785 W. Sahara Ave, Suite 200                  Karen L. Hanks, Esq.
Las Vegas, NV 89117                            NV Bar No. 9578
(702) 475-7964; Fax: (702) 946-1345            7625 Dean Martin Drive, Suite 110
*Attorneys for Plaintiff /Counter-Defendant,*  Las Vegas, NV 89139
*Christiana Trust, A Division of Wilmington*   *Attorneys for Defendant, SFR Investments*
*Savings Fund Society, Not in Its Individual*  *Pool 1, LLC*
*Capacity But As Trustee of ARLP Trust 3*

**ORDER**

      IT IS SO ORDERED.

      DATED this 3rd day of February, 2017

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cv-01149-RFB-VCF

Respectfully submitted by:
WRIGHT, FINLAY & ZAK, LLP
*/s/Natalie C. Lehman*_____
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Christiana Trust*