DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; CORNERSTONE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES, a Nevada limited-liability company,<br><br>Defendants. | Case No.:  2:15-cv-01149-RFB-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW SLANDER OF TITLE CLAIM** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3,<br><br>Counter-Defendant. | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

1    SFR INVESTMENTS POOL 1, LLC, a
     Nevada limited liability company,

2                        Cross-Claimant,

3    vs.

4    BANK OF AMERICA, N.A., a national
     association; and ERIK BRYANT, an

5    individual,

6                        Cross-Defendants.

7

8

9         IT IS HEREBY STIPULATED between Plaintiff, CHRISTIANA TRUST, A DIVISION

10   OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR ARLAP TRUST 3

11   (the "Bank"), Cross-Defendant BANK OF AMERICA, N.A., ("BANA"), and Defendant/

12   Counterclaimant / Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), by and through

13   undersigned counsel, that SFR hereby withdraws without prejudice its Third Claim for Relief for

14   Slander of Title against the Bank and BANA filed on September 16, 2015 [ECF No. 16].

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

SFR does not withdraw its First Claim for Relief for Declaratory Relief / Quiet Title or SFR's Second Claim for Relief for Preliminary and Permanent Injunction.

DATED this 23rd day of January, 2017.       DATED this 23rd day of January, 2017.

**KIM GILBERT EBRON**                        **AKERMAN, LLP**

*/s/Diana Cline Ebron*                       */s/ Thera Cooper*
Diana Cline Ebron, Esq.                      Thera Cooper, Esq.
Nevada Bar No. 10580                         Nevada Bar No. 13468
7625 Dean Martin Drive, Suite 110            1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89139                      Las Vegas, Nevada 89144
*Attorneys for SFR Investments Pool 1, LLC*  *Attorneys for Bank of America, N.A.*


DATED this 23rd day of January, 2017.

**WRIGHT, FINLAY &ZAK, LLP**

*/s/ Natalie C. Lehman*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Av., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Christiana Trust*

<u>**ORDER**</u>

IT IS SO ORDERED.

Dated this <u>10th</u> day of <u>February</u> 2017.

_____.
RICHARD F. BOULWARE, II
United States District Judge

*Respectfully submitted by:*

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2017, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **Stipulation and order to withdraw slander of title claim** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Dana Jonathon Nitz, Esq.
Natalie C. Lehman, Esq.
Wright, Finlay & Zak, LLP
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada  89117-2789
E-Mail: dnitz@wrightlegal.net
          nlehman@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant,*
*Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee of ARLAP Trust 3*

Phil Wen-Sheng Su, Esq.
Gordon & Rees, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101-6005
E-Mail: psu@gordonrees.com
*Attorney for Defendant,*
*Cornerstone Homeowners Association*

Aviva Y. Gordon, Esq.
Gordon Law
6655 South Cimarron Road, Suite 200
Las Vegas, Nevada  89113-2181
E-Mail: agordon@gordonlawlv.com
*Attorney for Defendant,*
*Terra West Collections Group, LLC d/b/a Assessment Management Services*

Steven G. Shevorski, Esq.
Ariel E. Stern, Esq.
Thera A. Cooper, Esq.
Akerman LLP
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada  89144-0563
E-Mail: steven.shevorski @akerman.com
          ariel.stern@akerman.com
          thera.cooper@akerman.com
*Attorney for Cross-Defendant,*
*Bank of America, N.A.*

*/s/ Andrew M. David*
an employee of KIM GILBERT EBRON

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301