DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC;<br><br>Defendants.<br><br>_____<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3; BANK OF AMERICA, N.A., a national association; and ERIK BRYANT, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No. 2:15-cv-01149-RFB-VCF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR SFR INVESTMENTS POOL 1, LLC TO REPLY TO RESPONSE [ECF NO. 91] TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 82]**<br>**(First Request for This Brief)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR") and Plaintiff/Counter-defendant Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee of ARLAP Trust 3 ("Christiana"), by and

- 1 -

1  through their undersigned counsel, hereby stipulate and agree to allow SFR an additional 10 days
2  to file its Reply to Christiana's Response in Opposition to SFR's Motion for Partial Summary
3  Judgment Regarding a Pure Issue of Law: Application of the Return Doctrine Post-Bourne Valley
4  ("Response") [ECF No. 91].   Specifically, the Parties stipulate to the following:

5      1.  SFR's current date to file a Reply to the Response is March 2, 2017.

6      2.  The Parties agree that SFR may have an extension such that SFR's Reply to the Response
7  shall be due on or before March 13, 2017.

8      3.  SFR requests the enlargement of the briefing schedule due to the novel issues raised in the
9  Partial MSJ and Response.

10      4.  The briefing schedule was enlarged twice for the Response, both by stipulation and order.
11  ECF No. 86; ECF No. 89. This is the first request for an enlargement of time for this brief following
12  Christiana's filing of its Response.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

5. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

Dated this __2nd__ day of March, 2017.

| WRIGHT, FINLAY & ZAK LLP | KIM GILBERT EBRON |
|---|---|
| /s/ *Natalie C. Lehman* | /s/*Diana Cline Ebron* |
| Natalie C. Lehman, Esq. | Diana Cline Ebron, Esq. |
| Nevada Bar No. 12995 | Nevada Bar No. 10580 |
| 7785 W. Sahara Avenue, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89139 |
| *Attorneys for CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLAP TRUST 3* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
Richard F. Boulware, II
United States District Judge
Dated this 3rd day of __March,__ 2017

Respectfully submitted by:

KIM GILBERT EBRON

/s/ *Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March 2017, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **STIPULATION AND ORDER TO ENLARGE TIME FOR SFR INVESTMENTS POOL 1, LLC TO REPLY TO RESPONSE [ECF NO. 91] TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 82]** to the following parties:

Dana Jonathon Nitz, Esq.
Natalie C. Lehman, Esq.
WRIGHT, FINLAY, & ZAK, LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Christiana Trust*

Steven G. Shevorski, Esq.
Ariel E. Stern, Esq.
Thera A. Cooper, Esq.
Akerman LLP
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
steven.shevorski@akerman.com
ariel.stern@akerman.com
thera.cooper@akerman.com
*Attorneys for Bank of America, N.A.*

Aviva Y Gordon, Esq.
Gordon Law
6655 S. Cimarron
Suite 200
Las Vegas, NV 89113
agordon@gordonlawlv.com
*Attorneys for Terra West Collections Group, LLC dba Asset Management Services*

Phil Wen-Sheng Su, Esq.
Gordon & Rees LLP
300 S. 4th Street, Suite 1550
15th Floor
Las Vegas, NV 89101
psu@gordonrees.com
*Attorneys for Cornerstone Homeowners Association*

*/s/ Andrew M. David*
An employee of Kim Gilbert Ebron