# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENT POOL 1, LLC, | Case No. 2:21-cv-00064-JAD-NJK |
| Plaintiff | |
| v. | **Order Transferring Case** |
| US. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TUMAN 2016 SC6 TITLE TRUST;FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, | |
| Defendants | |

The plaintiff initiated this action with the filing of a complaint on January 12, 2021. ECF No. 1. A complaint, alleging similar claims, was filed on June 17, 2015, in case 2:15-cv-01149-RFB-NJK. ECF No. 1. The presiding District Judges in both of these actions have individually and collectively determined that these actions are related as both involve allegations relating to the Deed of Trust recorded against the real property located at 10576 Danielson Avenue, Las Vegas, Nevada 89129; Parcel No. 137-12-212-034. The presiding District Judges further find that there is good cause to transfer these cases to one District Judge and one Magistrate Judge under Local Rule 42-1(a) and that this transfer will promote judicial efficiency, avoid duplicative filings by the parties, and not result in prejudice to the parties.

**IT IS THEREFORE ORDERED that Case No. 2:21-cv-00064-JAD-NJK is transferred to District Judge Richard F. Boulware, II, and Magistrate Judge Nancy J. Koppe, who were assigned the earlier case, and all future pleadings must bear case number 2:15-cv-01149-RFB-NJK**.

DATED: February 5, 2021.

_____  
JENNIFER DORSEY  
United States District Judge

_____  
RICHARD F. BOULWARE II  
United States District Judge